| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Joseph Arthur Roberts<br>Law Office of J Arthur Roberts<br>3345 Newport Blvd.<br>Suite 213<br>Newport Beach, CA 92663<br>(949) 675-9900 Fax: (888) 989-9309<br>California State Bar Number: 156180<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-11371 |
|---|---|
| In re<br><br>Anifatu Ilawole<br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY RULE 3015-1(m) |

I, __Anifatu Ilawole__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __02/08/2010__.

2. I am the owner of real property[1] at the following street address:

    __21901 Burbank Blvd, #179, Woodland Hills, CA 91367__

    _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __PHH Mortgage Corporation__.

    b. Second deed of trust in favor of __Citi Mortgage__ *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 5

| In re<br>**Anifatu Ilawole**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **1:10-bk-11371** |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **PHH Mortgage** | $2025.23 | April 1, 2010 | April 11, 2010 |
| Creditor | | | |
| **Citi Mortgage** | $550.00 | April 1, 2010 | April 24, 2010 |
| Creditor | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2] Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4] Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

| In re                | CHAPTER 13                       |
|----------------------|----------------------------------|
| **Anifatu Ilawole**  |                                  |
| Debtor(s).           | CASE NUMBER **1:10-bk-11371**    |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above. 1st mortgage payment being held in attorneys trust account and 2nd mortgage was mailed out via UPS.

   I declare under penalty of perjury that the foregoing is true and correct.

Date **April 27, 2010**          Signature    /s/ Anifatu Ilawole
                                              **Anifatu Ilawole**
                                              Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                         F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                   Best Case Bankruptcy

| 01482 | 11-24 | | | |
|---|---|---|---|---|
| Office AU # | 1210(8) | | | |

**OFFICIAL CHECK**

SERIAL #:  0148204406
ACCOUNT#:  4861-505337

Purchaser:  ANIFATU ILAWOLE
Purchaser Account:  5128926705
Operator I.D.:  cu014218

April 11, 2010

PAY TO THE ORDER OF    ***PHH MORTGAGE ***

***Two thousand twenty-five dollars and 23 cents***        **$2,025.23**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  2,025.23

**NON-NEGOTIABLE**

**Purchaser Copy**

04   M4203  09711081

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW - FOR ADDITIONAL SECURITY FEATURES SEE BACK

| 01482 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**OFFICIAL CHECK**    0148204406

Operator I.D.:  cu014218

April 11, 2010

PAY TO THE ORDER OF    ***PHH MORTGAGE ***

***Two thousand twenty-five dollars and 23 cents***        **$2,025.23**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $  2,025.23

*Richard Levy*
CONTROLLER

⑆0148204406⑆ ⑉121000248⑉ 4861 505337⑊

PRINTED ON LINEMARK PAPER-HOLD TO LIGHT TO VIEW-FOR ADDITIONAL SECURITY FEATURES SEE BACK

**PERSONAL MONEY ORDER**

014003576

April 24, 2010

\*\*\*$550.00\*\*

Office AU # 01440    11-24 / 1210(8)
Operator I.D.: cu001429

PAY TO THE ORDER OF   \*\*\*CITIMORTGAGE\*\*\*

\*\*\*Five hundred fifty dollars and no cents\*\*\*

WELLS FARGO BANK, N.A.
21108 VENTURA BLVD
WOODLAND HILLS, CA 91364
FOR INQUIRIES CALL (480) 394-3122

⑈014003576⑈ ⑆121000248⑆ 885505 486

_Purchaser's Signature_

VOID IF OVER US $ 550.00

---

SHIP TO:

ZIP 0000

**USPS® DELIVERY CONFIRMATION™**

420 88901 9104 8356 8983 7069 1829 37

THE LAKES NV 88901-6006

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Joseph Arthur Roberts<br>Law Office of J. Arthur Roberts & Associates<br>3345 Newport Blvd.<br>Suite 213<br>Newport Beach, CA 92663<br>(949) 675-9900 Fax: (888) 989-9309<br>156180<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Anifatu Iyabode Ilawole<br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(INDIVIDUAL)**

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☒ Petition, statement of affairs, schedules or lists        Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other: _____    Date Filed: _____

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    June 11, 2009
*Signature of Signing Party*           Date
**Anifatu Iyabode Ilawole**
*Printed Name of Signing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____    June 11, 2009
*Signature of Attorney for Signing Party*    Date
**Joseph Arthur Roberts 156180**
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy